# UNITED STATES DISTRICT COURT
### for the
### Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>MATTHEW BISHOP<br><br>Defendant | ) ) ) ) ) ) ) Case No. 3:16cr65 -3 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MATTHEW BISHOP

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:922(u)   Theft from a licensed firearms dealer;
18:2        Aiding and Abetting;
18:922(j)   Possession of stolen firearms.

Date:   08/10/2016                                     _____
                                                        *Issuing officer's signature*

City and state:   South Bend, Indiana                  Robert N. Trgovich, Clerk
                                                        *Printed name and title*

### Return

This warrant was received on *(date)* 8-10-16, and the person was arrested on *(date)* 08-25-16
at *(city and state)* South Bend, IN.

Date: 08-26-16                                         _____
                                                        *Arresting officer's signature*

                                                        David M. Allbritten, S/A
                                                        *Printed name and title*